IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| MAGGIEMOO'S INTERNATIONAL, INC. | * |
| Plaintiff, | * |
| v. | * |
| AKX COMPANY<br>SIMON GAO<br>ELIZABETH ZHANG | *   Civil No. JFM 06-CV-0259 |
| Defendants. | * |

**NOTICE OF DISMISSAL**

Plaintiff hereby dismisses this case without prejudice. Defendants have filed no pleadings as yet, and the matter has been resolved.

Dated: December 7, 2006

_____
Allan P. Hillman
Bar No. 00119
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000 (phone)
(860) 251-5219 (fax)

Attorney for the Plaintiff

455129 v.01